IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **JANET HENDERSON**, | § | |
| | § | |
| Plaintiff, | § | Civil Action No. **3:16-CV-3317-S** |
| v. | § | |
| | § | ECF |
| **CITY OF DALLAS**; **JANETTE WEEDON**; | § | |
| **CRYSTAL A. WOODS**; **LAURA FLORES**, | § | |
| | § | |
| Defendants. | § | |

### DEFENDANT CRYSTAL A. WOODS'S NOTICE OF APPEAL

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Notice is hereby given that Defendant Crystal A. Woods ("Woods") hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Court's September 10, 2018 Memorandum Opinion and Order (doc. 55) insofar as it denies in part Woods's motion for summary judgment.

        Respectfully submitted,

        CITY ATTORNEY OF THE CITY OF DALLAS

        CHRISTOPHER J. CASO
        Interim City Attorney

By:   */s/ Nicholas D. Palmer*
        NICHOLAS D. PALMER
        Senior Assistant City Attorney
        Texas State Bar No. 24067814
        nicholas.palmer@dallascityhall.com

        JENNIFER CARTER HUGGARD
        Executive Assistant City Attorney
        Texas State Bar No. 00792998
        jennifer.huggard@dallascityhall.com

        SARAH E. MENDOLA
        Senior Assistant City Attorney
        Texas State Bar No. 24057030
        sarah.mendola@dallascityhall.com

        City Attorney's Office
        1500 Marilla Street, Room 7D North
        Dallas, Texas 75201
        Telephone: (214) 670-3519
        Facsimile: (214) 670-0622

        **Attorneys for Defendants**

## CERTIFICATE OF SERVICE

    I hereby certify that on the 11th day of September 2018, I electronically filed the foregoing document with the clerk of the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another matter authorized by Fed. R. Civ. P. 5(b)(2).

Christine A. Hopkins
Ashley E. Tremain
Tremain Artaza, PLLC
4925 Greenville Avenue, Suite 200
Dallas, Texas 75206

        */s/ Nicholas D. Palmer*
        NICHOLAS D. PALMER